JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND FELDMAN, JENNIFER FELDMAN, SHAWN FELDMAN, and STEFANI FELDMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HONORABLE PATTI JO MCKAY, THE HONORABLE BARBARA R. JOHNSON, THE HONORABLE SANJAY KUMAR, and THE HONORABLE ALEX RICCIARDULLI,<br><br>Defendants. | CASE NO. CV 15-04892 MMM (JEMx)<br><br>JUDGMENT FOR DEFENDANTS |

On November 25, 2015, the court entered an order dismissing plaintiffs' claims without prejudice for lack of subject matter jurisdiction. Consequently,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs' claims are dismissed without prejudice for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure.

DATED: November 25, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE